1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MCKESSON CORPORATION,                              No. C 10-02294 WHA

11              Plaintiff,

12     v.                                               **ORDER REGARDING CASE
                                                        MANAGEMENT CONFERENCE**
13   SCOTT ROBISON'S PRESCRIPTIONS,
     INC.,
14
                Defendant.
15   _____/

16

17       The parties are reminded that a case management conference has been noticed for

18   September 2, 2010, at 11:00 a.m. (Dkt. No. 2). No case management statement has been

19   received. A case management statement must be filed by **5:00 P.M. ON MONDAY, AUGUST 30,**

20   **2010.**

21

22       **IT IS SO ORDERED.**

23

24   Dated: August 27, 2010.

25                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
26

27

28

*United States District Court*
For the Northern District of California